AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAY 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

GILBERTO FREGOSO-MAYORGA

CASE NUMBER: 08cr1584-JM

 

I, GILBERTO FREGOSO-MAYORGA , the above named defendant, who is accused of

committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _5/15/08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.


_Gilberto Fregoso Mayorga_
Defendant


_____
Counsel for Defendant


Before _____
JUDICIAL OFFICER