AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GILBERTO FREGOSO-MAYORGA, | CASE NUMBER: 08CR1584JM |

I, GILBERTO FREGOSO-MAYORGA,, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Gilberto Fregoso*
GILBERTO FREGOSO-MAYORGA
Defendant

JOHN C. ELLIS, ESQ.
Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY